## PEARLMAN *v.* STATE

[Misc. Docket No. 6, September Term, 1961.]

*Decided November 17, 1961.*

Before BRUNE, C. J., and HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM ORDER.

It is *ORDERED* by the Court of Appeals of Maryland, this 17th day of November, 1961, that the appeal of William Pearlman from the order of the Criminal Court of Baltimore denying his motion for a reconsideration of the question of his indigency, which question was previously considered by that Court and by this (*Pearlman v. State,* 226 Md. 67), be and it is hereby dismissed as not being an appeal from a final judgment.